UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY D. WARE,

      Plaintiff,

  v.                                NO. CIV. S-06-913 LKK/KJM PS

COUNTY OF SACRAMENTO, OFFICE
OF THE PUBLIC DEFENDER, et al.,

      Defendants.
                              /

**ORDER OF RECUSAL**

It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned,

IT IS HEREBY ORDERED that the undersigned recuses himself as the judge to whom this case is assigned.

IT IS SO ORDERED.

DATED: April 28, 2006.

                                  /s/Lawrence K. Karlton
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT