UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA


 JOHNNY D. WARE   v.   COUNTY OF SACRAMENTO, et al. 

DATE:   July 6, 2006    CASE NO.    2:06-cv-00913-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RE CASE STATUS**

---

      This matter has been reassigned to Judge Beistline.  The previously scheduled conference set for September 20, 2006, is vacated.  Once Plaintiff has filed returns of service on Defendants and appearances for Defendants have been entered, the Court will issue an order for a scheduling and planning meeting between the parties.

M.O. RE CASE STATUS