**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Nancy J. Sheehan, SBN 109419
350 University Avenue, Suite 200
Sacramento, CA 95825
(916) 929-1481
(916) 927-3706 (facsimile)

**Attorneys for Defendants,** COUNTY OF SACRAMENTO, OFFICE OF THE PUBLIC DEFENDER, and SUE KARLTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY D. WARE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, OFFICE OF PUBLIC DEFENDER, PAULINO DURAN, DEBRA McCLURE, KAREN FLYNN, MELISSA McELHENNEY, in their official capacities; SUE KARLTON, in her individual and official capacity, et al.; and DOES 1-50 inclusive,<br><br>　　　　Defendants. | Case No.: 2:06-cv-913 RRB (PS)<br><br>[PROPOSED] ORDER TO DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br>(Eastern District Local Rule 6-144(c))<br><br>Complaint Filed: April 27, 2006 |

　　　　GOOD CAUSE APPEARING, Defendants COUNTY OF SACRAMENTO OFFICE OF THE PUBLIC DEFENDER, and SUE KARLTON are to file a responsive pleading by September 15, 2005.

Dated: 8/25/06　　　　　　　　　/s/ RRB
　　　　　　　　　　　　　　　The Honorable Ralph R. Beistline

1

[Proposed] Order to Defendants' Ex Parte
Application for Extension of Time to Respond to Complaint

448933.DOC}