UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY D. WARE  v.  COUNTY OF SACRAMENTO, *ET AL*

DATE: November 7, 2006                                    CASE NO. 2:06-cv-00913-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**
**Re: Motions at Docket Nos. 21 and 23**

At Docket No. 21 defendants Paulino Duran, Debra McClure, Karen Flynn, and Melissa McElhenney have moved for an order quashing service of summons on them on the basis of improper service.

At Docket No. 22 the Court granted the motion of defendants County of Sacramento and Sue Karlton to dismiss under Rule 12(b)(6) for failure to state a cause of action, granted Plaintiff leave to file an amended complaint not later than October 27, 2006, and that, if an amended complaint was not timely filed a final judgment of dismissal would be entered without further notice.

At Docket No. 23 defendants County of Sacramento and Sue Carlton have moved for entry of final judgment.

Plaintiff has not filed an amended complaint.

Based ion the foregoing, The motion of defendants Paulino Duran, Debra McClure, Karen Flynn, and Melissa McElhenney at Docket 21 is DENIED, as moot. The motion of defendants County of Sacramento and Sue Carlton at Docket No. 23 is GRANTED.

IT IS ORDERED THAT the complaint is hereby DISMISSED, with prejudice.

The Clerk of the Court to enter a final judgment accordingly.

[MO Dismissal.wpd]